UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:18-CR-0021-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVIN JOHNSON, | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 1 and its accompanying Order in the above-captioned case be unsealed by the Clerk and a copy of the Indictment be provided to the Defendant.

It is FURTHER ORDERED that the Clerk provide copies of the filed unsealed documents to the Defendant's attorney.

This the  31st  day of  July , 2018.

LOUISE W. FLANAGAN
United States District Judge